CHARLES PAXTON, PLAINTIFF-PETITIONER, v. HENRY MISIUK, DEFENDANT-RESPONDENT.

*Messrs. Marcus & Levy* and *Mr. Harry Chashin* for the petitioner.

*Mr. Samuel Doan* for the respondent.

June 10, 1960.   Granted.

JOSEPH WHEELER, PLAINTIFF-PETITIONER, v. WILLIS LEE DOLLEY, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Pearce R. Franklin* for the petitioner.

*Mr. Raymond L. Cunneen* and *Mr. Hugh J. O'Gorman* for the respondents.

June 10, 1960.   Denied.